# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

KK REAL ESTATE INVESTMENT FUND, LLC,

    Defendant.

Case No. 2:17-cv-01289-JCM-CWH

**ORDER**

Presently before the court is Plaintiff's motion to stay discovery (ECF No. 10), filed on July 31, 2017. Defendant has not filed a response. Plaintiff moves to stay discovery in this matter pending the Court's decision on its motion for summary judgment (ECF No. 9).

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Defendant has not responded to the motion.

IT IS THEREFORE ORDERED that Plaintiff's motion to stay (ECF No. 10) is GRANTED.

DATED: September 7, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge